DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. FOWLER

No. 142P88.

Case below: 89 N.C. App. 10.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

STATE v. HICKS

No. 101P88.

Case below: 88 N.C. App. 612.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.

STATE v. HOWELL

No. 597P87.

Case below: 87 N.C. App. 294.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.

STATE v. JACOBS

No. 231P88.

Case below: 88 N.C. App. 313.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 June 1988.

STATE v. LLOYD

No. 191P88.

Case below: 89 N.C. App. 630.

Petitions by defendants (Lloyd and May) for discretionary review pursuant to G.S. 7A-31 denied 2 June 1988.